UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**D'Juan Garrett**

            **Plaintiff,**

v.

**John Presesnik,**

            **Defendant.**
                                                /

CASE NUMBER: 09-11076
HONORABLE VICTORIA A. ROBERTS
MAG. JUDGE PAUL KOMIVES

## ORDER ADOPTING REPORT AND RECOMMENDATION

On May 4, 2012 Magistrate Judge Komives issued a Report and Recommendation [Doc.20], recommending that Petitioner's Motion for Relief Under 60(B)(6) [Doc. 18] be denied. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Thus, the Court adopts the Report and Recommendation. Defendant's Motion is **DENIED**.

      **IT IS ORDERED**.

                                                S/Victoria A. Roberts
                                                Victoria A. Roberts
                                                United States District Judge

Dated: June 20, 2012

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 20, 2012.

S/Linda Vertriest
Deputy Clerk